**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| New 301 Cases (see schedule attached hereto) | Before: Unassigned |

**ORDER**

On June 15, 2026, the Supreme Court of the United States denied the petition for a writ of certiorari filed in connection with *HMTX Industries LLC v. United States*, Court No. 20-cv-00177 (USCIT).  To facilitate the resolution of all remaining cases involving claims arising from and seeking relief relating to tariffs announced or imposed on products covered by Lists 3, 4A, and 4B pursuant to Section 301 of the Trade Act of 1974, 19 U.S.C. § 2411, that invoke the court's jurisdiction pursuant to 28 U.S.C. § 1581(i), and which were stayed without assignment pursuant to Administrative Order 21-02 ("New 301 Case(s)"), it is hereby **ORDERED**:

*Plaintiffs' Status Report(s)*.  On or before September 4, 2026, Plaintiffs in any New 301 Case that intend to litigate alternative or additional claims raised in their complaint must file a status report identifying such claim(s).  Plaintiffs that do not have any such claims and that otherwise agree to have their case dismissed should not file a status report.

*Dismissal of Cases*.  The court intends to dismiss any New 301 Case that is not identified for further litigation.  In order to streamline the process of dismissal, Plaintiffs in such cases will not be required to comply with the requirements set forth in USCIT Rule 41(a)(1)(A)(i) or utilize USCIT Form 7A.  The court will instead construe, on a

case-specific basis, the Plaintiffs' decision not to file a status report as meeting the requirements of USCIT Rule 41(a)(1)(A)(i).  The clerk of the court is **ORDERED** to dismiss, without further action of the court, any stayed New 301 Case meeting these requirements.

*Docketing in New 301 Cases*.  The clerk of the court is directed to docket this Order in all New 301 Cases as defined above.

Dated: <u>July 6, 2026</u>　　　　　　　/s/ Mark A. Barnett
　　　　New York, New York　　　　　Chief Judge Mark A. Barnett

## Schedule Sec. 301 Unassigned Cases

| | | | |
|---|---|---|---|
| 1:21-cv-00152 | 1:21-cv-00239 | 1:21-cv-00341 | 1:21-cv-00408 |
| 1:21-cv-00153 | 1:21-cv-00240 | 1:21-cv-00344 | 1:21-cv-00410 |
| 1:21-cv-00155 | 1:21-cv-00241 | 1:21-cv-00345 | 1:21-cv-00411 |
| 1:21-cv-00156 | 1:21-cv-00250 | 1:21-cv-00346 | 1:21-cv-00412 |
| 1:21-cv-00157 | 1:21-cv-00254 | 1:21-cv-00347 | 1:21-cv-00413 |
| 1:21-cv-00158 | 1:21-cv-00255 | 1:21-cv-00348 | 1:21-cv-00414 |
| 1:21-cv-00161 | 1:21-cv-00257 | 1:21-cv-00350 | 1:21-cv-00415 |
| 1:21-cv-00163 | 1:21-cv-00258 | 1:21-cv-00351 | 1:21-cv-00416 |
| 1:21-cv-00164 | 1:21-cv-00265 | 1:21-cv-00352 | 1:21-cv-00417 |
| 1:21-cv-00167 | 1:21-cv-00269 | 1:21-cv-00353 | 1:21-cv-00418 |
| 1:21-cv-00168 | 1:21-cv-00270 | 1:21-cv-00354 | 1:21-cv-00419 |
| 1:21-cv-00170 | 1:21-cv-00272 | 1:21-cv-00355 | 1:21-cv-00422 |
| 1:21-cv-00171 | 1:21-cv-00274 | 1:21-cv-00356 | 1:21-cv-00423 |
| 1:21-cv-00174 | 1:21-cv-00275 | 1:21-cv-00358 | 1:21-cv-00424 |
| 1:21-cv-00175 | 1:21-cv-00276 | 1:21-cv-00359 | 1:21-cv-00425 |
| 1:21-cv-00176 | 1:21-cv-00280 | 1:21-cv-00360 | 1:21-cv-00427 |
| 1:21-cv-00177 | 1:21-cv-00289 | 1:21-cv-00363 | 1:21-cv-00428 |
| 1:21-cv-00180 | 1:21-cv-00294 | 1:21-cv-00364 | 1:21-cv-00429 |
| 1:21-cv-00183 | 1:21-cv-00295 | 1:21-cv-00365 | 1:21-cv-00430 |
| 1:21-cv-00184 | 1:21-cv-00297 | 1:21-cv-00366 | 1:21-cv-00431 |
| 1:21-cv-00185 | 1:21-cv-00298 | 1:21-cv-00368 | 1:21-cv-00433 |
| 1:21-cv-00187 | 1:21-cv-00299 | 1:21-cv-00369 | 1:21-cv-00434 |
| 1:21-cv-00188 | 1:21-cv-00301 | 1:21-cv-00370 | 1:21-cv-00435 |
| 1:21-cv-00191 | 1:21-cv-00302 | 1:21-cv-00372 | 1:21-cv-00436 |
| 1:21-cv-00194 | 1:21-cv-00307 | 1:21-cv-00373 | 1:21-cv-00437 |
| 1:21-cv-00195 | 1:21-cv-00308 | 1:21-cv-00375 | 1:21-cv-00440 |
| 1:21-cv-00196 | 1:21-cv-00309 | 1:21-cv-00376 | 1:21-cv-00441 |
| 1:21-cv-00197 | 1:21-cv-00310 | 1:21-cv-00377 | 1:21-cv-00442 |
| 1:21-cv-00202 | 1:21-cv-00311 | 1:21-cv-00378 | 1:21-cv-00443 |
| 1:21-cv-00204 | 1:21-cv-00314 | 1:21-cv-00379 | 1:21-cv-00444 |
| 1:21-cv-00205 | 1:21-cv-00315 | 1:21-cv-00381 | 1:21-cv-00446 |
| 1:21-cv-00206 | 1:21-cv-00316 | 1:21-cv-00382 | 1:21-cv-00447 |
| 1:21-cv-00208 | 1:21-cv-00320 | 1:21-cv-00385 | 1:21-cv-00448 |
| 1:21-cv-00209 | 1:21-cv-00321 | 1:21-cv-00386 | 1:21-cv-00450 |
| 1:21-cv-00210 | 1:21-cv-00322 | 1:21-cv-00387 | 1:21-cv-00451 |
| 1:21-cv-00212 | 1:21-cv-00324 | 1:21-cv-00388 | 1:21-cv-00455 |
| 1:21-cv-00214 | 1:21-cv-00325 | 1:21-cv-00389 | 1:21-cv-00456 |
| 1:21-cv-00217 | 1:21-cv-00326 | 1:21-cv-00390 | 1:21-cv-00457 |
| 1:21-cv-00223 | 1:21-cv-00328 | 1:21-cv-00391 | 1:21-cv-00458 |
| 1:21-cv-00225 | 1:21-cv-00329 | 1:21-cv-00392 | 1:21-cv-00459 |
| 1:21-cv-00226 | 1:21-cv-00330 | 1:21-cv-00394 | 1:21-cv-00460 |
| 1:21-cv-00227 | 1:21-cv-00331 | 1:21-cv-00395 | 1:21-cv-00461 |
| 1:21-cv-00228 | 1:21-cv-00333 | 1:21-cv-00396 | 1:21-cv-00462 |
| 1:21-cv-00229 | 1:21-cv-00334 | 1:21-cv-00401 | 1:21-cv-00463 |
| 1:21-cv-00235 | 1:21-cv-00336 | 1:21-cv-00405 | 1:21-cv-00464 |
| 1:21-cv-00237 | 1:21-cv-00339 | 1:21-cv-00406 | 1:21-cv-00465 |
| 1:21-cv-00238 | 1:21-cv-00340 | 1:21-cv-00407 | 1:21-cv-00466 |

## Schedule Sec. 301 Unassigned Cases

| | | | |
|---|---|---|---|
| 1:21-cv-00467 | 1:21-cv-00549 | 1:22-cv-00030 | 1:22-cv-00147 |
| 1:21-cv-00468 | 1:21-cv-00550 | 1:22-cv-00031 | 1:22-cv-00148 |
| 1:21-cv-00469 | 1:21-cv-00552 | 1:22-cv-00034 | 1:22-cv-00151 |
| 1:21-cv-00470 | 1:21-cv-00553 | 1:22-cv-00035 | 1:22-cv-00154 |
| 1:2 l-cv-00471 | 1:21-cv-00554 | 1:22-cv-00036 | 1:22-cv-00155 |
| 1:21-cv-00472 | 1:21-cv-00556 | 1:22-cv-00037 | 1:22-cv-00156 |
| 1:21-cv-00473 | 1:21-cv-00559 | 1:22-cv-00043 | 1:22-cv-00159 |
| 1:21-cv-00474 | 1:21-cv-00560 | 1:22-cv-00048 | 1:22-cv-00162 |
| 1:21-cv-00475 | 1:21-cv-00561 | 1:22-cv-00052 | 1:22-cv-00163 |
| 1:21-cv-00477 | 1:21-cv-00566 | 1:22-cv-00054 | 1:22-cv-00166 |
| 1:21-cv-00478 | 1:21-cv-00567 | 1:22-cv-00055 | 1:22-cv-00169 |
| l:21-cv-00479 | 1:21-cv-00569 | 1:22-cv-00059 | 1:22-cv-00175 |
| 1:21-cv-00481 | 1:21-cv-00572 | 1:22-cv-00061 | 1:22-cv-00182 |
| 1:21-cv-00482 | 1:21-cv-00575 | 1:22-cv-00062 | 1:22-cv-00184 |
| 1:21-cv-00483 | 1:21-cv-00576 | 1:22-cv-00064 | 1:22-cv-00186 |
| 1:21-cv-00485 | 1:21-cv-00577 | 1:22-cv-00067 | 1:22-cv-00199 |
| 1:21-cv-00486 | 1:21-cv-00578 | 1:22-cv-00068 | 1:22-cv-00200 |
| 1:21-cv-00487 | 1:21-cv-00582 | 1:22-cv-00071 | 1:22-cv-00208 |
| 1:21-cv-00488 | 1:21-cv-00583 | 1:22-cv-00073 | 1:22-cv-00218 |
| 1:21-cv-00489 | 1:21-cv-00584 | 1:22-cv-00077 | 1:22-cv-00227 |
| 1:21-cv-00490 | 1:21-cv-00585 | 1:22-cv-00081 | 1:22-cv-00234 |
| 1:21-cv-00491 | 1:21-cv-00589 | 1:22-cv-00084 | 1:22-cv-00235 |
| 1:21-cv-00492 | 1:21-cv-00590 | 1:22-cv-00087 | 1:22-cv-00237 |
| 1:21-cv-00493 | 1:21-cv-00603 | 1:22-cv-00088 | 1:22-cv-00238 |
| 1:21-cv-00494 | 1:21-cv-00604 | 1:22-cv-00089 | 1:22-cv-00242 |
| 1:21-cv-00496 | 1:21-cv-00605 | 1:22-cv-00090 | 1:22-cv-00247 |
| 1:21-cv-00497 | 1:21-cv-00606 | 1:22-cv-00091 | 1:22-cv-00248 |
| 1:21-cv-00498 | 1:21-cv-00607 | 1:22-cv-00093 | 1:22-cv-00249 |
| 1:21-cv-00500 | 1:21-cv-00608 | 1:22-cv-00094 | 1:22-cv-00251 |
| 1:21-cv-00501 | 1:21-cv-00609 | 1:22-cv-00095 | 1:22-cv-00265 |
| 1:21-cv-00504 | 1:21-cv-00613 | 1:22-cv-00096 | 1:22-cv-00266 |
| 1:21-cv-00505 | 1:21-cv-00617 | 1:22-cv-00098 | 1:22-cv-00267 |
| 1:21-cv-00506 | 1:21-cv-00619 | 1:22-cv-00099 | 1:22-cv-00268 |
| 1:21-cv-00508 | 1:21-cv-00620 | 1:22-cv-00100 | 1:22-cv-00269 |
| 1:21-cv-00510 | 1:21-cv-00625 | 1:22-cv-00104 | 1:22-cv-00270 |
| 1:21-cv-00511 | 1:21-cv-00628 | 1:22-cv-00109 | 1:22-cv-00271 |
| 1:21-cv-00513 | 1:21-cv-00635 | 1:22-cv-00110 | 1:22-cv-00272 |
| 1:21-cv-00515 | 1:21-cv-00637 | 1:22-cv-00111 | 1:22-cv-00273 |
| 1:21-cv-00516 | 1:21-cv-00639 | 1:22-cv-00112 | 1:22-cv-00274 |
| 1:21-cv-00519 | 1:21-cv-00640 | 1:22-cv-00115 | 1:22-cv-00275 |
| 1:21-cv-00522 | 1:21-cv-00642 | 1:22-cv-00126 | 1:22-cv-00276 |
| 1:21-cv-00523 | 1:22-cv-00001 | 1:22-cv-00127 | 1:22-cv-00277 |
| 1:21-cv-00524 | 1:22-cv-00010 | 1:22-cv-00128 | 1:22-cv-00278 |
| 1:21-cv-00525 | 1:22-cv-00011 | 1:22-cv-00133 | 1:22-cv-00279 |
| 1:21-cv-00544 | 1:22-cv-00012 | 1:22-cv-00134 | 1:22-cv-00281 |
| 1:21-cv-00545 | 1:22-cv-00013 | 1:22-cv-00145 | 1:22-cv-00282 |
| 1:21-cv-00547 | 1:22-cv-00018 | 1:22-cv-00146 | 1:22-cv-00283 |

## Schedule Sec. 301 Unassigned Cases

| | | | |
|---|---|---|---|
| 1:22-cv-00284 | 1:23-cv-00025 | 1:23-cv-00103 | 1:24-cv-00154 |
| 1:22-cv-00286 | 1:23-cv-00027 | 1:23-cv-00106 | 1:24-cv-00166 |
| 1:22-cv-00287 | 1:23-cv-00028 | 1:23-cv-00107 | 1:24-cv-00186 |
| 1:22-cv-00289 | 1:23-cv-00031 | 1:23-cv-00110 | 1:24-cv-00202 |
| 1:22-cv-00294 | 1:23-cv-00036 | 1:23-cv-00132 | 1:24-cv-00215 |
| 1:22-cv-00309 | 1:23-cv-00038 | 1:23-cv-00135 | 1:25-cv-00008 |
| 1:22-cv-00311 | 1:23-cv-00043 | 1:23-cv-00138 | 1:25-cv-00059 |
| 1:22-cv-00320 | 1:23-cv-00045 | 1:23-cv-00151 | 1:25-cv-00087 |
| 1:22-cv-00323 | 1:23-cv-00047 | 1:23-cv-00183 | 1:25-cv-00093 |
| 1:22-cv-00324 | 1:23-cv-00049 | 1:23-cv-00186 | 1:25-cv-00258 |
| 1:22-cv-00326 | 1:23-cv-00051 | 1:23-cv-00190 | 1:26-cv-00549 |
| 1:22-cv-00333 | 1:23-cv-00053 | 1:23-cv-00208 | 1:26-cv-00813 |
| 1:22-cv-00340 | 1:23-cv-00054 | 1:23-cv-00244 | 1:26-cv-01687 |
| 1:22-cv-00341 | 1:23-cv-00060 | 1:23-cv-00255 | 1:26-cv-02543 |
| 1:22-cv-00342 | 1:23-cv-00065 | 1:24-cv-00017 | 1:26-cv-02544 |
| 1:23-cv-00006 | 1:23-cv-00066 | 1:24-cv-00027 | 1:26-cv-02629 |
| 1:23-cv-00013 | 1:23-cv-00070 | 1:24-cv-00063 | 1:26-cv-03010 |
| 1:23-cv-00022 | 1:23-cv-00071 | 1:24-cv-00090 | 1:23-cv-00023 |
| 1:23-cv-00081 | 1:24-cv-00100 | 1:23-cv-00024 | 1:23-cv-00085 |
| 1:24-cv-00123 | | | |